UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
LAURENCE BROWN,                      )
          Plaintiff,                 )
                                     )
     v.                              )   Civil Action No.
                                     )   22-11277-NMG
CHRISTOPHER DELMONTE, Bridgewater    )
Police Chief,                        )
          Defendant.                 )
                                     )
_____)
```

ORDER

GORTON, J.

By Order dated November 3, 2022, the Court advised plaintiff that if he wishes to proceed without prepayment of the filing fee, he must file a third motion for leave to proceed *in forma pauperis* by submitting a completed AO 239 form along with a statement reporting any property ownership and support received from a spouse or next friend.  (ECF No. 9).

Now before the Court is plaintiff's motion seeking to withdraw this case.  (ECF No. 10).  Plaintiff's request will be treated as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41.  Rule 41 permits a plaintiff to dismiss an action without a court order where the plaintiff files a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  See Fed. R. Civ. P. 41(a)(1)(A)(i).

1

Here, at this early stage of the proceeding, plaintiff has the right to voluntarily dismiss this suit without prejudice pursuant to Rule 41(a)(1)(A)(i).

In light of the plaintiff's voluntary withdrawal of this action, the instant action is dismissed without prejudice.

**So Ordered.**

/s/ Nathaniel M. Gorton
UNITED STATES DISTRICT JUDGE

Dated: 11/14/2022